Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  18–30726
Chapter:  13
Judge:  Janet S. Baer

In Re:
   Michael P. Lannon
   2591 Ross St.
   Hampshire, IL 60140

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7277

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on January 4, 2019

FOR THE COURT

Dated: January 7, 2019                                    <u>Jeffrey P. Allsteadt , Clerk</u>
                                                                                   United States Bankruptcy Court